UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   16-27238
Yashica L Spellman   )
   )   Chapter:  13
   )   Honorable Carol A. Doyle
   )
   )
Debtor(s)   )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. Debtor's default is deferred.

2. Debtor's Chapter 13 plan payments are modified to $2,350 effective June 2019.

3. The debtor's Chapter 13 plan base will remain $125,510.

4. Nothing in this Order shall require Trustee to do collections from creditors pursuant to any prior plan.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated:  May 14, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600